UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAURICE JILES,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>BRIAN E. WILLIAMS, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:14-cv-00712-MMD-NJK<br><br>ORDER |

The Court screened the proposed complaint and dismissed this case with prejudice on June 12, 2014. (Dkt. no. 3.) Plaintiff has moved to reopen the case based on his claim that he was not served with the screening order and was not aware that the case was dismissed. (Dkt. no. 7.) The Court's records show that a copy of the screening order was sent to Plaintiff at the mailing address reflected on the Court's docket. (Dkt. no. 3.) While it is unfortunate that Plaintiff did not timely receive a copy, that fact alone is not a valid reason for the Court to reopen a case dismissed with prejudice. Plaintiff's motion to reopen case (dkt. no. 7) is denied.

　　　　DATED THIS 18th day of December 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE